UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRETT A. LUTON,<br><br>                    Defendant. | No. 2:14-CR-021-RMP-23<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY<br><br>☒    Motion Granted<br>      **(ECF No. 679)** |

Before the Court is Defendant's Motion to modify his conditions of release. ECF No. 679.

The United States objects, but has no objection to the Court ruling on the Motion without oral argument.

**IT IS ORDERED** that the Defendant's conditions of release, as stated in the Order filed April 15, 2014, ECF No. 679, are modified to permit the Defendant to travel to Great Falls, Montana, for a hearing on May 22, 2014, on a charge of driving with license suspended, understanding that conviction carries a mandatory 2-day sentence.

Defendant is to make all reasonable efforts to immediately and completely serve any sentence imposed and, further

Defendant is to advise his supervising Pretrial Services officer of any sentence imposed, prior to beginning such sentence and, further

Defendant is to return to Spokane directly and immediately upon being released from any such sentence, and to report immediately and in person to his supervising Pretrial Services Officer, for reinstallation of any Electronic Home

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1

1  Monitoring device.
2      All other terms and conditions of the Defendant's pre-trial release shall
3  remain the same, in full force and effect.
4      DATED May 14, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 2