# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT A. LUTON,<br><br>Defendant. | No. 2:14-CR-021-RMP-23<br><br>ORDER GRANTING<br>MOTION TO MODIFY |

The Defendant has moved the Court for an order to temporarily remove his GPS monitoring unit from his ankle so that he may have an MRI on June 5, 2014. The Court being fully advised,

**IT IS ORDERED** that Defendant's Second Motion to Modify Conditions of Release, **ECF No. 714**, is **GRANTED**, on the condition that Defendant report as directed by the Pretrial Services Officer for temporary removal of the monitor, and again as directed for the re-attachment of the monitor.

DATED June 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 1