UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT A. LUTON,<br><br>Defendant. | No. 2:14-CR-021-RMP-23<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant's Motion to modify the conditions of release contained in ¶ 18 of ECF No. 606. The United States does not object. Pretrial Services indicates that Defendant's compliance with his terms of release has been acceptable since the last hearing before this Court.

**IT IS ORDERED** that Defendant's Motion, **ECF No. 993,** is **GRANTED.** The conditions of release are modified to the extent Defendant no longer will be required to participate in electric home monitoring or GPS monitoring.

Except as modified hereby, all other terms and conditions of release remain the same, in full force and effect.

DATED November 10, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1