UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT A. LUTON,<br><br>Defendant. | No. 2:14-CR-021-RMP-23<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant's Fourth Motion, ECF No. 1066, to modify his conditions of release, ECF No. 606 and ECF No. 997, by providing for a curfew and home restriction during the time of curfew. The United States Probation Office and the United States Attorney's Office have no objection to this modification.

**IT IS ORDERED** that Defendant's Motion, **ECF No. 1066,** is **GRANTED**. Defendant's conditions of release as stated in ECF No. 606, and as modified by the Order at ECF NO. 997, are modified to eliminate the requirement of home detention and instead require that the Defendant have a curfew commencing from **9:00 p.m. through 9:00 a.m.,** during which the Defendant shall be restricted to his residence.

Except as modified hereby, the Defendant's conditions of release reflected in ECF No. 606 and ECF No. 997 shall remain the same, in full force and effect.

DATED December 2, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1