PROB 12C
(6/16)

Report Date:  May 31, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brett A. Luton                    Case Number: 0980 2:14CR00021-RMP-23

Address of Offender: ███████████████████, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 1, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1), and U.S.C. § 846 |
| Original Sentence: | Prison - 6 months; TSR - 36 months |
| Asst. U.S. Attorney: | James A. Goeke |
| Defense Attorney: | Benjamin Flick |

Type of Supervision: Supervised Release

Date Supervision Commenced: October 29, 2015

Date Supervision Expires: October 28, 2018

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation previously reported to the Court on April 14, 2017**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: On October 30, 2015, Mr. Brett Luton signed his conditions relative to case number 2:14CR00021-RMP-23, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Luton was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances. Mr. Luton was informed that based on his history of drug use and his conditions as ordered by the Court, he would be referred to random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT). The process and the client's expectations related to the random testing were explained to the client and he indicated that he understood.

On May 15, 2017, the U.S. Probation Office in Spokane received notification from ADEPT that the client had presented to the provider for random urinalysis testing as required on May 12, 2017, and had submitted a urinalysis sample that was presumptive positive for cocaine

**Prob12C**
**Re: Luton, Brett A**
**May 31, 2017**
**Page 2**

and marijuana. It should be noted that the client is prescribed the prescription medication Marinol for his diagnosed multiple sclerosis and that this prescription has been previously authorized by the Court for the management of his diagnosis. Marinol, commonly referred to as medical marijuana, does provide a positive result for marijuana during urinalysis testing.

On May 19, 2017, the lab confirmation relative to the aforementioned urinalysis sample was received by the undersigned officer from Alere Toxicology, and confirmed the presence of cocaine metabolite in the sample as submitted by the client. On May 22, 2017, the client reported to U.S. Probation as directed and admitted to using cocaine prior to the test, stating that he fell into a cut-off mentality, as he was concerned that he would be returned to jail as a part of his previous hearing conducted by the Court on May 15, 2017.

On May 18, 2017, the U.S. Probation Office in Spokane again received notification from ADEPT that the client had presented to the provider for random urinalysis testing as required on May 17, 2017, and had submitted a urinalysis sample that was again presumptive positive for cocaine.

On May 24, 2017, the undersigned officer again received confirmation from Alere Toxicology relative to the urinalysis sample submitted by the client at ADEPT on May 17, 2017, indicating that the sample was confirmed as being positive for cocaine. The client was subsequently contacted telephonically on May 30, 2017, at which time the client denied any new use of cocaine. He indicated that his last use of cocaine occurred prior to the previous urinalysis test conducted by ADEPT on May 12, 2017. Based on the time frames present, it would appear that the second confirmed positive lab report, is in fact indicative of new use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 31, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Luton, Brett A**
**May 31, 2017**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the
        case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____5/31/2017_____
Date