PROB 12C
(6/16)

Report Date:  March 6, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 06, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brett A. Luton                Case Number: 0980 2:14CR00021-RMP-23

Address of Offender:                Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 1, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1), and U.S.C. § 846 |
| Original Sentence: | Prison - 6 months; TSR - 36 months |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: October 29, 2015 |
| Defense Attorney: | David Fletcher | Date Supervision Expires: October 28, 2018 |

---

## PETITIONING THE COURT

To issue a **summons** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/14/2017, and 05/31/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2:** The defendant shall not commit another federal, state or local crime. |

> **Supporting Evidence**: On October 30, 2015, Mr. Brett Luton signed his conditions relative to case number 2:14CR00021-RMP-23, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Luton was made aware by his U.S. probation officer that he was required to not violate any federal, state or local crime.
>
> Mr. Luton is alleged to have violated mandatory condition number 2 by being arrested by the Spokane Police Department on March 3, 2018, for driving under the influence.
>
> Specifically, on March 3, 2018, the undersigned officer received numerous automated notifications indicating Mr. Luton's name had been run by local law enforcement, and on March 5, 2018, the undersigned officer received a voice mail from the client who indicated he had been arrested for "DUI."

Prob12C
**Re: Luton, Brett A**
**March 6, 2018**
**Page 2**

On March 5, 2018, the police report was both requested and received by the U.S. Probation Office in Spokane. According to the report on March 3, 2018, at 10:41p.m. law enforcement was dispatched after several callers called in to report a vehicle parked in the middle of the street. Upon arrival, the responding officer observed a vehicle traveling in reverse, eventually parking next to the curb. Law enforcement approached the vehicle, and the driver's side door opened. The officer indicated he could smell the "obvious" odor of alcohol and noted the client was slurring his words, having difficulty sitting up, and his eyes were noted as being watery and bloodshot. The client identified himself as Brett Luton, and after questioning, admitted to having "two shots of tequila," but indicated  he did not feel that he was impaired. The client also stated he was only parking the vehicle for his brother, who had actually driven the vehicle. The report notes Mr. Luton was "100% cooperative" during the investigation, but did note the client refused to conduct any field sobriety tests.

Mr. Luton was arrested and transported to the public safety building. Mr. Luton provided numerous incomplete Breathalyzer samples once at the public safety building with the arresting officer noting the client did not blow hard enough or long enough on numerous occasions to register on the test, despite multiple directives from the officer to do so. The client was able to provide one adequate sample for testing, the result of which was an IR result of .0164, with an EC result of .0160. Mr. Luton was cited and provided courtesy transportation back to his residence by the arresting officer.

Driving Under the Influence is a violation of R.C.W. 46.61.502, and is a Gross Misdemeanor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/14/2017, and 05/31/2017, and that the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Luton, Brett A**
**March 6, 2018**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

3/6/2018
_____
Date