PROB 12C
(6/16)

Report Date: May 9, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Brett A. Luton | Case Number: 0980 2:14CR00021-RMP-23 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 1, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1), and U.S.C. § 846 |
| Original Sentence: | Prison - 6 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke |
| | Date Supervision Commenced: October 29, 2015 |
| Defense Attorney: | David Fletcher |
| | Date Supervision Expires: October 28, 2018 |

**PETITIONING THE COURT**

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/14/2017, 05/31/2017, and 03/06/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: On October 30, 2015, Mr. Brett Luton signed his conditions relative to case number 2:14CR00021-RMP-23, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Luton was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Mr. Luton is alleged to have violated mandatory condition number 4 by ingesting cocaine on or about April 24, 2018, and May 3, 2018, according to laboratory testing.

Specifically, on April 24, and May 3, 2018, Mr. Luton reported to the U.S. Probation Office to submit to urinalysis testing as directed. On both occasions, Mr. Luton provided a urinalysis sample that was presumptive positive for cocaine. On both occasions Mr. Luton denied any illicit use of cocaine and the samples were forwarded for laboratory

confirmation. On April 30, and May 8, 2018, respectively, lab reports were received with respect to the samples submitted and the results were both confirmed positive for the presence of cocaine metabolite.

5   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On October 30, 2015, Mr. Brett Luton signed his conditions relative to case number 2:14CR00021-RMP-23, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Luton was made aware by his U.S. probation officer that he was required to answer all questions in a truthful manner, and to follow all directives provided to him by the U.S. Probation Office.

Mr. Luton is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office as directed on numerous occasions, to include: April 18, April 20, May 1, and May 2, 2018.

Specifically, on April 18, 2018, the undersigned officer received notification from Pioneer Human Services (PHS) that the client had failed to appear for random urinalysis testing with their facility on April 17, 2018. Telephonic contact was subsequently attempted with Mr. Luton, and Mr. Luton was left a voice mail notifying him of the missed appointment and directing him to report to the U.S. Probation Office on that date for testing. Mr. Luton failed to report as directed.

On April 19, 2018, telephonic contact was again attempted with Mr. Luton, who apologized for not reporting and stated he was gone for work for the entirety of the day, and he was currently working in Newport, Washington. Mr. Luton committed to and was directed to report to the U.S. Probation Office on April 20, 2018. Mr. Luton again failed to report as directed. The undersigned officer did receive a voice mail from the client on the day in question who stated he arrived at the building prior to close, but was not afforded access.

On April 23, 2018, a voice mail was received from the client who indicated he had been added to the schedule to work in Hermiston, Oregon, but would call when he was back in town so he could immediately report for urinalysis testing. Mr. Luton again failed to report. On April 24, 2018, Mr. Luton did report to the U.S. Probation Office and submitted a urinalysis sample that was later confirmed as being positive for cocaine.

On April 30, 2018, Mr. Luton was again left a voice mail directing him to report to the U.S. Probation Office on May 1, 2018, to discuss his confirmed positive urinalysis result for cocaine. On May 1, 2018, Mr. Luton left a voice mail for the undersigned officer indicating he had left early that morning for work in Wenatchee, Washington. Mr. Luton later contacted this officer by phone and committed to and was directed to report the following day on May 2, 2018. Mr. Luton failed to report as directed.

On May 3, 2018, Mr. Luton reported to the U.S. Probation Office, and again submitted a urinalysis sample that was later confirmed as being positive for cocaine.

Prob12C
Re: Luton, Brett A
May 9, 2018
Page 3

| | | |
|---|---|---|
| 6 | | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: On October 30, 2015, Mr. Brett Luton signed his conditions relative to case number 2:14CR00021-RMP-23, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Luton was made aware by his U.S. probation officer that he was required to attend random urinalysis testing with the contract provider when his assigned color was called by the provider.

        Mr. Luton is alleged to have violated special condition number 15 by failing to report for urinalysis testing with Pioneer Human Services on April 17, and May 8, 2018.

        Specifically, on April 18, 2018, the undersigned officer received notification from Pioneer Human Services that the client failed to attend random urinalysis testing with the provider on April 17, 2018. On April 19, 2018, the client was contacted telephonically who apologized for the missed appointment, stating he was out of town all day on the day in question. He also stated he was working and his phone charger had broken yesterday, but he had just acquired a new one today. Mr. Luton later reported to the U.S. Probation Office on April 24, 2018, and submitted a urinalysis sample that was later confirmed as being positive for cocaine.

        On April 24, 2018, Mr. Luton was counseled by the undersigned officer with respect to a developed pattern of failing to attend urinalysis testing as required. As a part of the session, Mr. Luton signed a formal written notice of reprimand, acknowledging his understanding that attending random urinalysis testing was required. On May 9, 2018, the undersigned officer again received notification the client had again failed to report for urinalysis testing with the contract provider on May 8, 2018, as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/14/2017, 05/31/2017, and 03/06/2018, and the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 9, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Luton, Brett A
May 9, 2018
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/9/2018
Date